# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | L. Bishop Austin | Atty Name (if applicable): | L. Bishop Austin |
| Street Address: | 3250 WILSHIRE BLVD., STE 1500 LOS ANGELES, CA 90010 | CA Bar No. (if applicable): | 175497 |
| Filer's Telephone No.: | (213) 388-4939 | Atty Fax No. (if applicable): | (213) 388-2411 |

| | |
|---|---|
| In re: | Case No. **1:09-bk-15508-KT** |
| **Jose Humberto Morales-Gonzalez** **Judith Jaqueline Morales** | Chapter **13** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes     ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☒ A  ☐ B  ☐ C  ☒ D  ☐ E  ☒ F  ☐ G  ☐ H  ☐ I  ☐ J

☐ Statement of Social Security Number(s)     ☐ Statement of Financial Affairs
☐ Statement of Intention     ☒ Other: **Summary of Schedules**

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Jose Humberto Morales-Gonzalez and Judith Jaqueline Morales**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:  **June 17, 2009**

/s/ Jose Humberto Morales-Gonzalez
**Jose Humberto Morales-Gonzalez**
*Debtor Signature*

/s/ Judith Jaqueline Morales
**Judith Jaqueline Morales**
*Co-Debtor Signature*

***\*\*SEE PROOF OF SERVICE\*\****

B-1008 *Revised November 2003*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

| | |
|---|---|
| DATED: **June 17, 2009** | **Moises Lopez** |
| | Print or Type Name |
| | |
| | **/s/ Moises Lopez** |
| | *Signature* |

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2003*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Jose Humberto Morales-Gonzalez,**
       **Judith Jaqueline Morales**,
                                    Debtors

Case No. **1:09-bk-15508-KT**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 230,000.00 | | |
| B - Personal Property | Yes | 3 | 23,830.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 520,948.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 112,115.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,740.56 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,782.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 253,830.00 | | |
| Total Liabilities | | | | 633,063.76 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Central District of California

In re **Jose Humberto Morales-Gonzalez,**
**Judith Jaqueline Morales**,
Debtors

Case No. **1:09-bk-15508-KT**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 16) | 8,740.56 |
| Average Expenses (from Schedule J, Line 18) | 7,782.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,214.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 275,848.76 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 112,115.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 387,963.76 |

B6A (Official Form 6A) (12/07)

In re **Jose Humberto Morales-Gonzalez,**
      **Judith Jaqueline Morales**,
                            Debtors

Case No. **1:09-bk-15508-KT**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **44837 Lotus Ln, Lancaster CA 93536** | **Fee simple** | **J** | **230,000.00** | **502,405.76** |

|  | Sub-Total > | **230,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **230,000.00** |  |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Jose Humberto Morales-Gonzalez,** Case No. **1:09-bk-15508-KT**
**Judith Jaqueline Morales**,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9203** <br><br>**GE Transportation Finance** <br> **PO BOX 822108** <br> **Philadelphia, PA 19182** | | J | 2007 <br><br> **Purchase Money Security** <br><br> **Vehicle for transportation, make: PTRB, model: DS, year: 2006** <br><br> Value $ 12,000.00 | | | | 14,400.00 | 2,400.00 |
| Account No. **xxxxx9835** <br><br> **Green Tree** <br> **PO BOX 94710** <br> **Palatine, IL 60094** | | J | 2006 <br><br> **Deed of Trust -3rd** <br><br> **44837 Lotus Ln, Lancaster CA 93536** <br><br> Value $ 230,000.00 | | | | 50,182.76 | 50,182.76 |
| Account No. <br><br> **Collection Agency** <br> **Green Tree** | | | **GE Money Bank / Green Tree** <br> **PO BOX 0049** <br> **Rapid City, SD 57709** <br><br> Value $ | | | | | |
| Account No. <br><br> **Collection Agency** <br> **Green Tree** | | | **Green Tree Servicing LLC** <br> **7360 south Kyrene Rd T-213** <br> **Tempe, AZ 85283** <br><br> Value $ | | | | | |
| **2** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 64,582.76 | 52,582.76 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Jose Humberto Morales-Gonzalez,**  
       **Judith Jaqueline Morales**  
                                                          ,  
                              Debtors

Case No.  **1:09-bk-15508-KT**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx4806**<br><br>**HSBC Auto Finance**<br>**PO BOX 60179**<br>**City Of Industry, CA 91716** | | J | **2006**<br>**Purchase Money Security**<br>**Vehicle for transportation, make: Ford, model: Expedition, year: 2001**<br><br>Value $ **3,100.00** | | | | **4,143.00** | **1,043.00** |
| Account No.<br><br>**Collection Agency**<br>**HSBC Auto Finance** | | | **HSBC Auto Finance**<br>**PO BOX 17908**<br>**San Diego, CA 92177**<br><br>Value $ | | | | | |
| Account No. **xxxxxx3073**<br><br>**L.A. COUNTY TREASURER AND TAX COLLECTOR**<br>**PO BOX 54110**<br>**Los Angeles, CA 90054** | | J | **2008**<br>**Property Taxes on debtor's residence**<br>**44837 Lotus Ln, Lancaster CA 93536**<br><br>Value $ **230,000.00** | | | | **2,230.00** | **0.00** |
| Account No. **xxxxxx9485**<br><br>**Litton Loan Servicing**<br>**PO BOX 4387**<br>**Houston, TX 77210** | | J | **2005**<br>**Deed of Trust - 1st**<br>**44837 Lotus Ln, Lancaster CA 93536**<br><br>Value $ **230,000.00** | | | | **360,013.00** | **132,243.00** |
| Account No.<br><br>**Collection Agency**<br>**Litton Loan Servicing** | | | **QUALITY LOAN SERVICE**<br>**2141 5TH AVENUE**<br>**TS # CA-09-237660-BL**<br>**San Diego, CA 92101**<br><br>Value $ | | | | | |

Sheet __1__ of __2__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)    **366,386.00**    **133,286.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Jose Humberto Morales-Gonzalez,**            Case No. **1:09-bk-15508-KT**
      **Judith Jaqueline Morales**
                                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9493**<br><br>**Litton Loan Servicing**<br>**PO BOX 4387**<br>**Houston, TX 77210** | | J | **2005**<br>**Deed of Trust -2nd**<br>**44837 Lotus Ln, Lancaster CA 93536**<br><br>Value $     **230,000.00** | | | | **89,980.00** | **89,980.00** |
| Account No.<br><br>**Collection Agency**<br>**Litton Loan Servicing** | | | **Litton Loan Servicing, LP**<br>**Bankruptcy Department**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081**<br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **89,980.00** | **89,980.00** |
| | | | Total (Report on Summary of Schedules) | | | | **520,948.76** | **275,848.76** |

B6F (Official Form 6F) (12/07)

In re **Jose Humberto Morales-Gonzalez,**  
**Judith Jaqueline Morales**,  
Debtors

Case No. **1:09-bk-15508-KT**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5313**<br><br>**AlliedInterstate**<br>**c/o Sprint # 792299620**<br>**3000 Corporate Exchange Dr, 5th Fl**<br>**Columbus, OH 43231** | | J | 2008<br>Collection account | | | | 720.00 |
| Account No.<br><br>**Collection Agency**<br>**AlliedInterstate** | | | SPRINT<br>PO BOX 54977<br>Los Angeles, CA 90054 | | | | |
| Account No. **xxxx0569**<br><br>**American General Finance**<br>**20038 Hawthorne Blvd**<br>**PO BOX 5305**<br>**Torrance, CA 90510** | | J | 2007<br>Deficiency balance after a repo | | | | 28,264.00 |
| Account No.<br><br>**Collection Agency**<br>**American General Finance** | | | I. Robert Steingisser<br>Attorney At Law<br>8331 Utica Ave., Ste 130<br>Rancho Cucamonga, CA 91730 | | | | |

__5__  continuation sheets attached

Subtotal  
(Total of this page)

**28,984.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose Humberto Morales-Gonzalez,**
**Judith Jaqueline Morales** , Case No. **1:09-bk-15508-KT**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6418** <br><br>**Associated Recovery Systems**<br>**PO BOX 1259**<br>**Oaks, PA 19456** | | J | **2007**<br>**Collection account** | | | | 7,500.00 |
| Account No. **xxxxxxxxxxxx8321** <br><br>**Bank of America**<br>**PO BOX 15726**<br>**Wilmington, DE 19886** | | J | **2007**<br>**Credit card purchases** | | | | 6,500.00 |
| Account No. **xxxxxxxxxx0454** <br><br>**Beneficial Finance**<br>**PO BOX 60101**<br>**City Of Industry, CA 91716** | | J | **2007**<br>**Credit card purchases** | | | | 11,263.00 |
| Account No. **xxxxxxxxxxxx9331** <br><br>**Dish Network**<br>**PO BOX 7203**<br>**Pasadena, CA 91109** | | J | **2008**<br>**Utility bill** | | | | 180.00 |
| Account No. **xxxxx9620** <br><br>**Echanced Recovery Corporation**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | J | **2008**<br>**Collection account** | | | | 710.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,153.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose Humberto Morales-Gonzalez,**           Case No. __**1:09-bk-15508-KT**__
       **Judith Jaqueline Morales**
_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Collection Agency** <br> **Echanced Recovery Corporation** | | | **SPRINT** <br> **PO BOX 54977** <br> **Los Angeles, CA 90054** | | | | |
| Account No. **Gxxx9140** <br> **ERS SOLUTIONS INC** <br> **800 SW 39TH ST** <br> **Renton, WA 98057** | | J | **2008** <br> **Collection account** | | | | **1,120.00** |
| Account No. <br> **Collection Agency** <br> **ERS SOLUTIONS INC** | | | **WASHINGTON MUTUAL** <br> **PO BOX 78065** <br> **Phoenix, AZ 85062** | | | | |
| Account No. **1199** <br> **EZ Check Advance** <br> **21738 Avalon Blvd** <br> **Carson, CA 90745** | | J | **2008** <br> **advance fee** | | | | **350.00** |
| Account No. **1214** <br> **EZ Check Advance** <br> **21738 Avalon Blvd** <br> **Carson, CA 90745** | | J | **2008** <br> **advance fee** | | | | **300.00** |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,770.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Jose Humberto Morales-Gonzalez,**
**Judith Jaqueline Morales**,
Debtors

Case No. **1:09-bk-15508-KT**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4654**<br><br>**first Bank**<br>**PO BOX 790281**<br>**Saint Louis, MO 63179** | | J | **2008**<br>**Credit card purchases** | | | | **930.00** |
| Account No. **xxxxxxxxxxx7801**<br><br>**HFC**<br>**PO BOX 60101**<br>**City Of Industry, CA 91716** | | J | **2006**<br>**Credit card purchases** | | | | **12,650.00** |
| Account No. **xxxxxxxxxxxx9618**<br><br>**HSBC Card Service**<br>**PO BOX 60102**<br>**City Of Industry, CA 91716** | | J | **2008**<br>**Credit card purchases** | | | | **415.00** |
| Account No. **xxxxxxxxx4932**<br><br>**Hyundai Motor Finance Company**<br>**PO BOX 78047**<br>**Phoenix, AZ 85062** | | J | **2006**<br>**Defiencie after car repo** | | | | **9,483.00** |
| Account No.<br><br>**Collection Agency**<br>**Hyundai Motor Finance Company** | | | **Commercial Recovery Systems**<br>**8035 East R.L. Thornton #220**<br>**PO BOX 570909**<br>**Dallas, TX 75357** | | | | |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,478.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose Humberto Morales-Gonzalez,**  Case No. __**1:09-bk-15508-KT**__
      **Judith Jaqueline Morales**
_____,
                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ACH082**<br><br>**NCO Financial Systems**<br>**c/o Bofa #4888938998355374**<br>**PO BOX 17080**<br>**Wilmington, DE 19850** | | J | **2007**<br>**Collection account** | | | | **7,500.00** |
| Account No.<br><br>**Collection Agency**<br>**NCO Financial Systems** | | | **Bank of America**<br>**PO BOX 15721**<br>**Wilmington, DE 19886** | | | | |
| Account No. **xxxxxxxxxxxx5662**<br><br>**Providian**<br>**PO BOX 660433**<br>**Dallas, TX 75266** | | J | **2007**<br>**Collection account** | | | | **1,950.00** |
| Account No.<br><br>**Collection Agency**<br>**Providian** | | | **Bronson & Migliaccio, LLP**<br>**415 Lawrence Bell Dr**<br>**Williamsville, NY 14221** | | | | |
| Account No. **xxxxxxxxxxxx3864**<br><br>**Sams Club**<br>**Attention: Bankruptcy Department**<br>**Po Box 103104**<br>**Roswell, GA 30076** | | J | **2008**<br>**Credit card purchases** | | | | **1,120.00** |

Sheet no. __**4**__ of __**5**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **10,570.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jose Humberto Morales-Gonzalez,**
       **Judith Jaqueline Morales** ,
                                                          Debtors

Case No.  **1:09-bk-15508-KT**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxJxxxxxx7415** <br><br>**Transworld Systems**<br>**c/o Kirby Rep Inc**<br>**PO BOX 1864**<br>**Santa Rosa, CA 95402** | | J | 2008<br>**Collection account** | | | | **1,050.00** |
| Account No. **xxxxxxxxxxxx2074** <br><br>**Washington Mutual**<br>**PO BOX 660487**<br>**Dallas, TX 75266** | | J | 2008<br>**Credit card purchases** | | | | **2,000.00** |
| Account No. **xxxxxxxxxxxx2110** <br><br>**Washington Mutual**<br>**PO BOX 660487**<br>**Dallas, TX 75266** | | J | 2008<br>**Credit card purchases** | | | | **2,800.00** |
| Account No. **xxxxxxxxxxxxx9001** <br><br>**Wells Fargo**<br>**PO BOX 60510**<br>**Los Angeles, CA 90060** | | J | 2008<br>**Credit card purchases** | | | | **9,990.00** |
| Account No. **5376** <br><br>**Wells Fargo Bank N.A.**<br>**c/o Winn Law Group**<br>**PO BOX 1216**<br>**Fullerton, CA 92836** | | J | 2007<br>**Collection account**<br>**09-03450-0-NDL-RC** | | | | **5,320.00** |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,160.00**

Total (Report on Summary of Schedules) **112,115.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy