

**FILED & ENTERED**

JUN 15 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cetulio    DEPUTY CLERK

**CHANGES MADE BY COURT**

L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939
Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtors/Movants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>JOSE HUMBERTO MORALES-GONZALEZ<br><br>AND JUDITH JAQUELINE MORALES<br><br>Debtor[s]. | Case No.:1:09-bk-15508-KT<br><br>Chapter 13<br><br>**ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**<br><br>Date:    July 13, 2009<br>Time:   09:00 AM<br>Place:   Courtroom 301<br>            21041 Burbank Blvd,<br>            Woodland Hills, CA 91367 |

 A hearing regarding the "*Motion to Avoid Lien*" (the "Motion") filed by Jose Humberto Morales-Gonzalez and Judith Jaqueline Morales (the "Debtors") was held at the above-referenced date and time; appearances were as stated on the record. Having reviewed the Motion and all papers submitted in support thereof; no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

 ORDERED, that the claim secured by the *Third* deed of trust against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtor's chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed unsecured nonpriority claims; and it is further

 ORDERED, that upon the completion of all payments under the Plan and upon entry of a discharge pursuant to 11 U.S.C. § 1328 in this case, the lien arising from the *third* deed of trust

against the Property will be void and will not constitute an encumbrance on the Property; and it is further

ORDERED, that the beneficiary of the Third trust deed will retain its lien against the Property to the extent recognized by applicable nonbankruptcy law unless and until the Debtor fully performs under the Plan and the Debtor receives a discharge pursuant to 11 U.S.C. § 1328.

###

DATED: June 15, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **3250 WILSHIRE BLVD., STE 1500, LOS ANGELES, CA 90010**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___June 12, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jose Humberto and Jacqueline Morales-Gonzalez
44837 Lotus Lane
Lancaster, CA 93536

Chapter 13 Trustee
Noble Professional Center
15060 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403

L. Bishop Austin
L. Bishop Austin & Associates
3250 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010

3rd Mortgage Creditor
GE Monet Bank
President or General Director
Loan Servicing Department
45246 Riverboat Rd, suite 200
Salt Lake City, UT 84123-2551

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 12, 2010 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) _ **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _06/02/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jose Humberto and Jacqueline Morales-Gonzalez
44837 Lotus Lane
Lancaster, CA 93536

Chapter 13 Trustee
Noble Professional Center
15060 Ventura Blvd, Suite 200
Sherman Oaks, CA 91403

L. Bishop Austin
L. Bishop Austin & Associates
3250 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010

Third Mortgage Creditor
GE Monet Bank
President or General Director
Loan Servicing Department
45246 Riverboat Rd, suite 200
Salt Lake City, UT 84123-2551

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page