UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

TO:    Clerk of the Court
       21041 Burbank Blvd.
       Woodland Hills, CA  91367-1367

DATE:        06/21/2010
CASE NO.:    09-15508-KT
BAR DATE:    08/02/2010
% TO UNSEC:  0.00%

## NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:    JOSE HUMBERTO MORALES-GONZALEZ & JUDITH JAQUELINE MORALES, 44837 LOTUS LN, LANCASTER, CA  93536

NOTICE IS HEREBY GIVEN TO DEBTORS AND, IF ANY, COUNSEL FOR DEBTORS THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | JOSE HUMBERTO MORALES-GONZALEZ | 44837 LOTUS LN LANCASTER, CA  93536 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | L. BISHOP AUSTIN & ASSOCIATES | 3250 WILSHIRE BOULEVARD, #1500 LOS ANGELES, CA  90010 | | $3,000.00 | $3,000.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | Litton Loan Servicing ACCT# 9485 | PO Box 4387 Houston, TX  77210 | 09/11/2009 | $37,131.11 | $37,131.11 | 0.00 | RESIDENCE |
| 0002 | Litton Loan Servicing ACCT# 9493 | PO Box 4387 Houston, TX  77210 | 05/24/2009 | $0.00 | $0.00 | 0.00 | RESIDENCE |
| 0003 | Litton Loan Servicing, LP ACCT# 9493 | Bankruptcy Department 4828 Loop Central Drive Houston, TX  77081 | 05/24/2009 | $0.00 | $94,608.86 | 0.00 | UNSECURED |
| 0004 | GREEN TREE SERVICING, LLC ACCT# 8692 | 345 SAINT PETER STREET, L800R SAINT PAUL, MN  55102 | 08/20/2009 | $0.00 | $0.00 | 0.00 | RESIDENCE |
| 0005 | L.A. COUNTY TREASURER ACCT# 3073 | AND TAX COLLECTOR PO BOX 54110 Los Angeles, CA  90054 | | $2,230.00 | $2,230.00 | 0.00 | RESIDENCE |
| 0006 | GE TRANSPORTATION FINANCE ACCT# 9203 | PO BOX 822108 PHILADELPHIA, PA  19182 | 06/29/2009 | $12,000.00 | $14,743.30 | 0.00 | SECURED |
| 0007 | HSBC AUTO FINANCE ACCT# 7480 / 426081 | P O BOX 60130 CITY OF INDUSTRY, CA  91716-0130 | 05/22/2009 | $2,134.31 | $2,134.31 | 0.00 | SECURED |
| 0008 | Sprint Nextel Distribution ACCT# 9620 | Attn Bankruptcy Dept PO Box 3326 Englewood, CO  80155-3326 | 06/03/2009 | $720.00 | $703.37 | 0.00 | UNSECURED |
| 0009 | American General Finance ACCT# 0569 | P.O. Box 971 Evansville, IN  47706-0971 | 09/15/2009 | $28,264.00 | $33,693.35 | 0.00 | UNSECURED |
| 0010 | Associated Recovery Systems ACCT# 6418 | PO BOX 1259 Oaks, PA  19456 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0011 | Roundup Funding, LLC ACCT# 5374 | MS 550 PO Box 91121 Seattle, WA  98111-9221 | 06/30/2009 | $6,500.00 | $7,483.77 | 0.00 | UNSECURED |
| 0012 | PRA Receivables Management LLC As Agent Of ACCT# 8780 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA  23541 | 07/22/2009 | $11,263.00 | $14,143.22 | 0.00 | UNSECURED |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0013 | DISH NETWORK ACCT# 9331 | PO BOX 7203 PASADENA, CA  91109 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | Echanced Recovery Corporation ACCT# 9620 | 8014 Bayberry Rd Jacksonville, FL  32256 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0015 | ERS SOLUTIONS INC ACCT# 9140 | 800 SW 39TH ST Renton, WA  98057 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0016 | EZ Check Advance ACCT# 1199 | 21738 Avalon Blvd Carson, CA  90745 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0017 | EZ Check Advance ACCT# 1214 | 21738 Avalon Blvd Carson, CA  90745 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0018 | First Bank ACCT# 0-2473104654 | PO Box 790281 St Louis, MO  63179-0281 | 06/08/2009 | $930.00 | $842.45 | 0.00 | UNSECURED |
| 0019 | HFC ACCT# 7801 | PO BOX 60101 CITY OF INDUSTRY, CA  91716 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0020 | PRA Receivables Management LLC As Agent Of ACCT# 9618 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA  23541 | 05/28/2009 | $415.00 | $410.87 | 0.00 | UNSECURED |
| 0021 | HYUNDAI MOTOR FINANCE COMPANY ACCT# 8692 | P O BOX 20809 FOUNTAIN VALLEY, CA  92728 | 05/06/2010 | $9,483.00 | $9,088.92 | 0.00 | UNSECURED |
| 0022 | NCO Financial Systems ACCT# ACH082 | c/o Bofa #4888938998355374 PO BOX 17080 Wilmington, DE  19850 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0023 | Providian ACCT# 5662 | PO BOX 660433 Dallas, TX  75266 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0024 | LVNV FUNDING LLC ACCT# 3864 | RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC  29603-0587 | 08/20/2009 | $1,120.00 | $1,512.91 | 0.00 | UNSECURED |
| 0025 | Transworld Systems ACCT# 7415 | c/o Kirby Rep Inc PO BOX 1864 Santa Rosa, CA  95402 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0026 | PRA Receivables Management LLC As Agent Of ACCT# 15105143080905662 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA  23541 | 08/24/2009 | $2,000.00 | $1,941.57 | 0.00 | UNSECURED |
| 0027 | Washington Mutual ACCT# 2110 | PO Box 660487 Dallas, TX  75266 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0028 | Wells Fargo ACCT# 9001 | Po Box 60510 Los Angeles, CA  90060 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0029 | WELLS FARGO AUTO FINANCE ACCT# 2553 | P O BOX 29705 PHOENIX, AZ  85038-9705 | 05/15/2009 | $5,320.00 | $5,301.85 | 0.00 | UNSECURED |
| 0030 | Roundup Funding, LLC ACCT# 6674 | MS 550 PO Box 91121 Seattle, WA  98111-9221 | 06/02/2009 | $0.00 | $309.52 | 0.00 | UNSECURED |

|  |  | TOTAL PRIORITY: | $3,000.00 |
|---|---|---|---|
|  |  | TOTAL SECURED: | $56,238.72 |
|  |  | TOTAL UNSECURED: | $170,040.66 |

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

**\* \* \* EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY \* \* \***

| | | | |
|---|---|---|---|
| 0010 | Associated Recovery Systems<br>ACCT# 6418 | PO BOX 1259<br>Oaks, PA  19456 | NO CLAIM FILED |
| 0013 | DISH NETWORK<br>ACCT# 9331 | PO BOX 7203<br>PASADENA, CA  91109 | NO CLAIM FILED |
| 0014 | Echanced Recovery Corporation<br>ACCT# 9620 | 8014 Bayberry Rd<br>Jacksonville, FL  32256 | NO CLAIM FILED |
| 0015 | ERS SOLUTIONS INC<br>ACCT# 9140 | 800 SW 39TH ST<br>Renton, WA  98057 | NO CLAIM FILED |
| 0016 | EZ Check Advance<br>ACCT# 1199 | 21738 Avalon Blvd<br>Carson, CA  90745 | NO CLAIM FILED |
| 0017 | EZ Check Advance<br>ACCT# 1214 | 21738 Avalon Blvd<br>Carson, CA  90745 | NO CLAIM FILED |
| 0019 | HFC<br>ACCT# 7801 | PO BOX 60101<br>CITY OF INDUSTRY, CA  91716 | NO CLAIM FILED |
| 0022 | NCO Financial Systems<br>ACCT# ACH082 | c/o Bofa #4888938998355374<br>PO BOX 17080<br>Wilmington, DE  19850 | NO CLAIM FILED |
| 0023 | Providian<br>ACCT# 5662 | PO BOX 660433<br>Dallas, TX  75266 | NO CLAIM FILED |
| 0025 | Transworld Systems<br>ACCT# 7415 | c/o Kirby Rep Inc<br>PO BOX 1864<br>Santa Rosa, CA  95402 | NO CLAIM FILED |
| 0027 | Washington Mutual<br>ACCT# 2110 | PO Box 660487<br>Dallas, TX  75266 | NO CLAIM FILED |
| 0028 | Wells Fargo<br>ACCT# 9001 | Po Box 60510<br>Los Angeles, CA  90060 | NO CLAIM FILED |

DATED: June 22, 2010

_Elizabeth F Rojas_
Elizabeth Rojas, Trustee

NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA  91403, and that on June 22, 2010, I mailed and/or electronic copies were served to:

JOSE HUMBERTO MORALES-GONZALEZ
JUDITH JAQUELINE MORALES
44837 LOTUS LN
LANCASTER, CA  93536

L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BOULEVARD, #1500
LOS ANGELES, CA  90010

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on June 21, 2010.

_Ellen Heery_

Ellen Heery
Claims Administrator